No. 94–6398. ADAMS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–6401. SANDERS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–6403. HARRIS ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6456. RUSSELL *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–33. CHEVRON U. S. A. INC. *v.* SEA SAVAGE, INC., ET AL.; and

No. 94–220. SEA SAVAGE, INC., ET AL. *v.* CHEVRON U. S. A. INC. C. A. 5th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of these petitions.

No. 94–479. COOL LIGHT CO., INC. *v.* GTE PRODUCTS CORP. C. A. 1st Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 94–6363. DIXON *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 94–6372. CARMICHAEL *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 94–236. BABY "RICHARD," AKA BABY BOY JANIKOVA, A MINOR, BY HIS GUARDIAN AD LITEM, O'CONNELL *v.* KIRCHNER; and

No. 94–615. DOE ET UX., ADOPTIVE PARENTS OF BABY BOY JANIKOVA *v.* KIRCHNER, BIOLOGICAL FATHER OF BABY BOY JANIKOVA. Sup. Ct. Ill. Motion of DeBoer Committee for Children's Rights et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 94–454. KENTUCKY *v.* LINEHAN. Sup. Ct. Ky. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.